UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 19-1333 (ABJ) |

## ORDER

Pursuant to Federal Rules of Civil Procedure 12 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that defendants' motion to dismiss [Dkt. # 11] is hereby **GRANTED**.

This is a final, appealable order.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: February 10, 2020