## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON, *et al.*,

                    Plaintiffs,

                v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

                    Defendants.

Case No. 19-cv-1333 (ABJ)

## NOTICE OF APPEAL

Notice is hereby given this 18th day of February, 2020, that Plaintiffs, Citizens for

Responsibility and Ethics in Washington, the National Security Archive, and the Society for

Historians of American Foreign Relations, by and through undersigned counsel, hereby appeal to

the United States Court of Appeals for the District of Columbia from the order of dismissal of

this Court entered on February 10, 2020.

Respectfully submitted,

BAKER & MCKENZIE LLP

/s/ George M. Clarke III
George M. Clarke III, D.C. Bar No. 480073
Mireille R. Oldak, D.C. Bar No. 1027998
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 835-6184
Fax: (202) 416-7184
Email: george.clarke@bakermckenzie.com
Email: mireille.oldak@bakermckenzie.com

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON

/s/ Anne L. Weismann
Anne L. Weismann, D.C. Bar No. 298190
Conor M. Shaw, D.C. Bar No. 1032074
1101 K Street., N.W., Suite 201
Washington, D.C. 20005
Phone: (202) 408-5565
Email: aweismann@citizensforethics.org
Email: cshaw@citizensforethics.org