# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-5037**                                       September Term, 2020

1:19-cv-01333-ABJ

Filed On: December 1, 2020 [1873828]

Citizens for Responsibility and Ethics in
Washington, et al.,

        Appellants

    v.

Donald J. Trump, in his official capacity as
President of the United States and
Executive Office of the President,

        Appellees

### M A N D A T E

    In accordance with the order of December 1, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                        BY:    /s/
                                      Michael C. McGrail
                                      Deputy Clerk

Link to the order filed December 1, 2020

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5037**　　　　　　　　　　　　　**September Term, 2020**

**1:19-cv-01333-ABJ**

**Filed On: December 1, 2020** [1873826]

Citizens for Responsibility and Ethics in
Washington, et al.,

　　　　Appellants

　　v.

Donald J. Trump, in his official capacity as
President of the United States and
Executive Office of the President,

　　　　Appellees

**BEFORE:**　　Henderson, Pillard, and Katsas, Circuit Judges

## O R D E R

Upon consideration of appellants' motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　Deputy Clerk